IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00077-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| ABIOLA O. OGINNI | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion.

After this Court entered its sentencing judgment on July 13, 2016, (Doc. No. 147), the defendant's notice of appeal, postmarked on August 2, 2016, (Doc. No. 157), was filed more than fourteen days after entry of the judgment. According to Rule 4(b)(4) of the Federal Rules of Appellate Procedure, the deadline for filing a notice of appeal may be extended up to thirty (30) days upon a finding of excusable neglect or good cause.

**IT IS, THEREFORE, ORDERED** that the defendant has thirty (30) days from the entry of this Order to file a response stating any grounds for extending the fourteen (14) day appeal period for excusable neglect or good cause. The failure to file a response may result in the dismissal of the appeal as untimely.

Signed: August 17, 2016

Robert J. Conrad, Jr.
United States District Judge