IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00077-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| ABIOLA O. OGINNI | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 185: Opinion and Judgment).

**IT IS, THEREFORE, ORDERED** that the parties shall file supplemental briefing addressing the issue of the defendant's ability to pay restitution and the schedule according to which restitution is to be paid, including whether an evidentiary hearing is requested, within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Community Defender shall designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: July 18, 2017

Robert J. Conrad, Jr.
United States District Judge