IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00077-RJC

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ABIOLA O. OGINNI | ) | |
| | ) | |

**THIS MATTER** is before the Court upon remand from the United States Court of Appeals for the Fourth Circuit for additional proceedings. (Doc. No. 185: Opinion and Judgment). The Court previously ordered the defendant to file a financial affidavit within fourteen (14) days of the entry of its Order, (Doc. No. 190), or an evidentiary hearing would be scheduled. No such affidavit has been filed.

**IT IS, THEREFORE, ORDERED** that this matter will be set for an evidentiary hearing on the defendant's ability to pay restitution on March 26, 2018, at 9:45 am.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshals Service, the United States Probation Office, and the Clerk of the United States Court of Appeals for the Fourth Circuit.

Signed: February 23, 2018

Robert J. Conrad, Jr.
United States District Judge